**ORIGINAL**

**FILED**

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0510

**FILED**

SEP 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

TYREE KILO SELAGE,

Petitioner,

v.                                                    O R D E R

PETER BLUDWORTH,

Respondent.

Self-represented Petitioner Tyree Kilo Selage has filed a Petition for Writ of Habeas Corpus, indicating that his incarceration is illegal because the Yellowstone County District Court has not resentenced him, pursuant to § 46-18-904(3), MCA, after the Sentence Review Division (SRD) modified his prison sentence to a sentence to the Department of Corrections on June 7, 2021. Selage includes several attachments, such as the SRD's decisions and a sentence calculation. He points to an August 29, 2023 letter where the District Court responded that "an amended judgment . . . will not be prepared." Upon review, we deem it appropriate to require a response to Selage's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED <u>ten days</u> from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Tyree Kilo Selage personally.

DATED this 26th day of September, 2023.

_____
Justice